# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00102-CR

**Isaul Tavera, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299THJUDICIAL DISTRICT
## NO. D-1-DC-00-007029, HONORABLE JON N. WISSER, JUDGE PRESIDING

## O R D E R

**P E R   C U R I A M**

The reporter's record in this cause was due to be filed on April 5, 2013. The court reporter did not respond to the notice that the record is overdue. Appellant is represented by appointed counsel on appeal. The court reporter for the 299th District Court, Angela P. Chambers, is ordered to tender the reporter's record for filing in this cause no later than June 12, 2013. *See* Tex. R. App. P. 35.3(c), 37.3(a)(2).

It is ordered May 17, 2013.

Before Chief Justice Jones, Justices Goodwin and Field

Do Not Publish